Argued and submitted February 4, reversed and remanded March 9, 1994

In the Matter of the Compensation of
Ronald L. Eagon, Claimant.

## SAIF CORPORATION
and Vasquez Landscaping & Management,
*Petitioners,*

*v.*

Ronald L. EAGON;
Old Trapper Smoked Products;
and Liberty Northwest Insurance Corporation,
*Respondents.*

(91-14044, 91-07389, 91-07388, 91-14043; CA A77264)

869 P2d 905

Steve Cotton, Special Assistant Attorney General, argued the cause for petitioners. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

John E. Uffelman filed the brief and waived oral argument for respondent Ronald L. Eagon.

James D. McVittie filed the brief and waived oral argument for respondents Liberty Northwest Insurance Corporation and Old Trapper Smoked Products.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Reversed and remanded. *SAIF v. Drews*, 318 Or 1, 860 P2d 254 (1993).